**In the District Court of the United States**
**For the District of Columbia**

| | |
|---|---|
| Mr. Harold R. Stanley,<br>3705 Big Sky Lane<br>Talala, Oklahoma 74080<br>(816) 304-8665 | § <br> § <br> § <br> § <br> § |
| Mr. Michael B. Ellis,<br>5052 N. E. County Road 0220<br>Rice, Texas 75155<br>(903) 326-6263 | § <br> § <br> § <br> § <br> § |
| Robert A. McNeil,<br>729 Grapevine Hwy. #148<br>Hurst, Texas 76054,<br>(713) 806-5199 | § <br> § <br> § <br> § |
| **Plaintiffs** | § |
| **V.** | § |
| | § |
| Ms. Loretta Lynch,<br>      **Personal Capacity Only**<br>C/O U.S. Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044, | § <br> § <br> § <br> § <br> § |
| | § |
| Mr. Barack H. Obama,<br>      **Personal Capacity Only**<br>1600 Pennsylvania Ave., NW<br>Washington, D.C. 20500 | § <br> § <br> § <br> § |
| | § |
| Mr. John Koskinen,<br>      **Personal Capacity Only**<br>C/O Internal Revenue Service<br>Office of Procedure and Admin.<br>1111 Const. Ave., NW, Rm 5053<br>Washington, D.C. 20224, | § <br> § <br> § <br> § <br> § <br> § |
| **Defendants** | § |

Case: 1:17–cv–00022       (F-Deck)
Assigned To : Sullivan, Emmet G.
Assign. Date : 1/4/2017
Description: Pro Se Gen. Civil

---

# ORIGINAL COMPLAINT
# w/ EVIDENCE AND TWO DECLARATIONS in SUPPORT

## Introduction

1. Defendant Koskinen is leading, under Defendant Obama's oversight and with Defendant Lynch's full knowledge and protection, a Government record falsification program like none in the history of the United States.

2. Victims of the program have filed multiple lawsuits complaining that despite IRS concessions it has no actual authority to compel filing of income tax returns, IRS conceals that lack of authority when dealing with those it labels "non-filers" by fabricating layered government records to reflect IRS' pretended preparation of "substitute income tax returns" ("SFRs"). But victims have discovered no such thing exists.

3. Your Plaintiffs present herein irrefutable Government-supplied proof that Mr. Koskinen's associates are systematically falsifying records to enforce the income tax, that Ms. Lynch and her associates are knowingly using IRS-falsified documents to justify forfeitures and criminal prosecutions, and that she is concealing evidence of the scheme's existence from grand jurors, whose primary function is to protect Americans from crimes committed by our Government.

4. Moreover, during the past four years under Defendant Obama's oversight, his direct subordinate Lynch has authorized commission of repeated acts of misprision during civil litigation by victims in U.S. Courts, to prevent adjudication of their victims' cases seeking to terminate the IRS program, and she is now attacking those who respectfully seek judicial redress from the scheme.

5. In sum, as explained fully below and in the attached irrefutable documentation, the Defendant attorneys are obstructing justice, defrauding the United States and individual Americans, preventing victims' access to meaningful judicial redress by refusing to mention victims' complaint allegations, while incarcerating victims and stealing their property based on falsified records fabricated by Mr. Koskinen and his associates, and which records are used with full knowledge of their false nature by both key subordinates (Koskinen and Lynch) of Mr. Obama.

6. Accordingly, Plaintiffs seek determination of this core question:
   Are the Defendants personally liable for commission by their subordinates of criminal acts damaging Plaintiffs during the past four years of Mr. Obama's oversight, including: (a.) the ongoing operation by Mr. Koskinen of the concealed, institutionalized IRS record falsification program, (b.) the concealment by Defendant Lynch from grand juries investigating "income tax crimes" exculpatory evidence proving existence of the IRS scheme, and (c.) acts of misprision committed by Lynch-directed attorneys during the four years victims have been respectfully seeking redress from Courts to terminate the program?

**Jurisdiction**

7. Jurisdiction of the Court is based on 5 USC §702, 28 USC §1331 and the Court's equitable power, due to (a.) Plaintiffs' extraordinary allegations, (b.) the lack of any legal remedy available to them to terminate the horrific scheme, and (c.) the ongoing damage to their rights.

8. *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), established the right to bring suit for money damages against individual law enforcement officials acting under color of <u>federal</u> law, which includes those who lead schemes to falsify and to use falsified government records concerning Plaintiffs', and who are obstructing victims' efforts to terminate the horrific scheme led by the Defendant attorneys, in violation of Plaintiffs' constitutionally guaranteed rights and the criminal law of the United States.

9. The Anti-Injunction Act has no application to this case. As conclusive proof of that legal fact, Mr. Koskinen never claims that any amount of "income tax" is owed by any so-called non-filer" (as IRS incorrectly labels Plaintiffs) until AFTER his associates first falsify IRS records concerning his victims to reflect IRS' pretended preparation of "substitute income tax returns" on claimed dates. Hence, the outcome of this case cannot not change Plaintiffs' future "income tax" liability, because *they have none*, absent crimes committed by Mr. Koskinen's associates. The Defendant attorneys are aware of that, hence their strenuous, four-year effort to conceal and use the scheme while simultaneously defrauding victims in Courts of the United States.

**Standing**

10. Defendant Koskinen and his predecessors have publicly and repeatedly conceded they lack power to summarily file *income* tax returns concerning victims, although they do have such power with respect to businesses which "fail to file".

11. Confirming that authority lacuna, Plaintiffs discovered that so-called "substitute income tax returns" don't even exist, and that none are ever prepared in income tax-related cases, let alone on falsified dates shown in IRS records.

12. But, Defendant Koskinen conjures the appearance SFRs *were* prepared by IRS for Plaintiffs by entering a certain sequence of "transactions codes" in his software. He then conceals his initial, digital, fraud by fabricating "sanitized" paper certifications both for his use and that of Defendant Lynch, which certifications leave unmentioned his fraudulent software transactions while reflecting IRS' preparation of SFRs on dates when no such thing occurred.

13. Such an astounding, conscience-shocking Government fraud can only be met by the equitable power of a U.S. Judge, exercising unwavering fidelity to the Constitution and Rule of Law.

14. The Defendants' acts of a.) falsifying and using falsified Individual Master File (IMF) records, and paper certifications based thereon in regard to Plaintiffs (and the uncountable victims of the Class of which they are members) to justify incarceration and theft of victims' property, b.) concealing the scheme's existence from grand juries created expressly to defeat such enterprise, and c.) committing multiple acts of misprision under Mr. Obama's oversight (during the past

four years of civil litigation initiated by victims) to conceal and prolong the underlying felonious program, are shocking violations of victims' protected Fifth Amendment rights to substantive due process, their First Amendment rights to access courts for meaningful judicial relief, their Fourth Amendment rights to be free from unjustified seizures of their property, and applicable provisions of the Administrative Procedures Act, (APA).

15. Critically, the Defendant-led and controlled scheme has literally obliterated Plaintiffs' Seventh Amendment rights, since Defendant Lynch is concealing IRS' record falsification program from defrauded grand juries investigating Plaintiffs and any other Americans for "income tax crimes",[1] even though she has been simultaneously, repeatedly sued during the last four years by victims seeking to enjoin her participation in Defendant Koskinen's record falsification program.

16. The outcome of those heinous acts committed under Defendant Obama's oversight, and involving his top subordinates, resulted in Plaintiff Harold R. Stanley's incarceration in Leavenworth Penitentiary on November 16, 2016, which has subsequently been discovered to have been based on the underlying felonious falsification of Government records concerning him, described herein in minute detail, and which program has been concealed/prolonged by the ongoing misconduct of attorney Defendant Loretta Lynch during the past four years of litigation by other victims seeking to enjoin her misconduct.

17. Hence, this case does not raise mere academic questions, but reveals the ongoing battle of the Defendant attorneys against the Rule of Law, the Constitution, individual Americans, and the defrauded United States.[2]

18. Defendant Obama's subordinate Lynch has recently threatened Co-Plaintiffs Ellis and McNeil for exercising their First Amendment right to secure judicial redress from the IRS/DoJ scheme, and by helping other victims file suits to terminate it.

19. That is, on August 15th, 2016, Defendant Lynch filed a so-called "Answer and Counterclaim" in response to IRS victim Mark Crumpacker's lawsuit (16-1053). [Crumpacker, as do all victims filing suit in the District of Columbia, complains of the underlying felonious IRS program run by Mr. Koskinen, as well as Ms. Lynch's ongoing attempts to use IRS-falsified records concerning Crumpacker to justify her attempt to seize, by forfeiture, his fully paid-for home.]

20. In said "Counterclaim", even though Ms. Lynch cannot refute, and does not even attempt to refute the incontrovertible Government-supplied evidence proving the scheme's existence and her participation in it, (attached hereto and incorporated herein), she stated that Class victims' suits are "factually frivolous and without any legal basis", that "their factual claims lack evidentiary support", that they are "legally insufficient as a matter of law", that cases seeking to enjoin the underlying IRS record falsification program were filed "for the express purpose of

---

[1] "The most valuable function of the grand jury [is] not only to examine into the commission of crimes, but to stand between the prosecutor and the accused, and to determine whether the charge was founded upon credible testimony or dictated by malice or personal ill will." *Hale v. Henkel*, 201 U.S. 43, 1906. but to stand between the prosecutor and the accused, and to determine whether the charge was founded upon credible testimony or dictated by malice or personal ill will." *Hale v. Henkel*, 201 U.S. 43, 1906.

[2] "The United States wins its point whenever justice is done its citizens in the courts." *Brady v. Maryland.*

burdening the IRS, DoJ and the courts with their frivolous claims, not for any proper purpose", and that by seeking judicial redress of their grievances at the hands of the IRS and for helping other victims, Ellis and McNeil are supposedly "interfering with the enforcement of the internal revenue laws".

21. By filing that shrieking flood of falsehoods through her associates as pretended justification to attack Ellis and McNeil for seeking judicial redress of their grievances from the IRS/DoJ scheme run under Mr. Obama's oversight, (and for helping other victims seek judicial relief), Ms. Lynch is unlawfully retaliating upon "the messengers", committing yet another act of misprision to conceal the underlying felonious IRS program and leading a conspiracy against rights, in violation of 18 USC §241.

22. But, by so doing, Defendant Lynch has inadvertently paid huge unintended compliments to her victims, Your Plaintiffs.  She has revealed that no lawful defense of the program exists, that victims' complaints regarding Mr. Koskinen's phantom SFRs strike at the very heart of the Government's criminal enterprise to enforce the "income tax" exaction, that she and her top subordinates are "out of tricks", and that she will commit further crimes to secure rulings upon which she might base criminal prosecutions of Ellis and McNeil for exposing her participation in, and concealment of, the underlying felonious program Defendant Koskinen leads.

23. Should the Court hold the Defendant Obama personally liable for the criminal acts of his direct subordinates and their associates, it would provide victims permanent relief from Government attacks using falsified IRS records.  It would restore to Mr. Stanley his freedom, to Mr. Ellis his career, and to Mr. McNeil both his career and his retirement benefits.

24. And, such outcome would restore to Americans the Rule of Law while preventing the Nation's top law enforcement servants and their successors, from using falsified IRS records in criminal cases against Americans.  Thus, this case implicates the rights of **all** Americans, justifying their permissive joinder under Rule 20.

**NOTICE Requested**

25. Plaintiffs request the Court carefully notice the explicit content of the following documents filed contemporaneously with this Complaint, (incorporated fully herein by reference), which include

- The Memorandum of Law, wherein Plaintiffs present an overview of the sequence of actions taken by IRS to falsify layered records concerning "non-filers";
- The Statement of Incontrovertible Facts, wherein Plaintiffs present the Government-supplied, hence incontrovertible, evidence of each step in the horrific scheme;
- Exhibit A, Declaration by Robert McNeil comparing the records of ten (10) Victims of the IRS program, thus proving its invariable, "institutionalized" nature; and
- Exhibit B, Declaration by Robert McNeil analyzing twelve (12) documents showing application of the scheme upon Plaintiff Stanley with respect only to 2006, upon which rests his fraudulent conviction and recent incarceration championed by Defendants Obama, Koskinen and Lynch under pretense of enforcing the law.

26. The same, precise sequence of fraud outlined in the attachments with respect to Harold Stanley and incorporated herein by reference, was perpetrated by Defendant Koskinen and his predecessors in the records IRS maintains concerning Plaintiffs Ellis, McNeil (and every other so-called "non-filer"), to justify thefts of their property and ruination of their careers. A more scandalous blemish on the history of American law and the Federal Bar has never existed...

**Initial Inferences Requested Regarding Standing**

27. After reviewing the explicit factual allegations provided herein and the irrefutable Government-supplied evidence to which reference is made in the attached <u>Memorandum</u>, <u>Statement</u> and two <u>Declarations</u> appended hereto, (tending to prove existence of the record falsification program), Plaintiffs request, as an initial matter, the Court grant them **FOUR** very reasonable inferences.

28. Plaintiffs request the Court consider this indisputable fact: After 100+ years of "practice" enforcing the income tax, Mr. Koskinen and his predecessors are systematically and invariably falsifying layered federal records to reflect IRS preparation of (non-existent) SFRs, in order to enforce the "income tax" on those who don't voluntarily surrender their rights and property to the Government.

29. Since Congress can't authorize commission of crimes to enforce the law,[3] since Congress proscribed the falsification by IRS of federal records at 18 USC §1001, and since to enforce the income tax on "non-filers", Mr. Koskinen's associates *invariably and sequentially* falsify multiple Government records to reflect IRS' pretended preparation of substitute income tax returns which don't exist, *ipso facto*, Plaintiffs request the Court make this **first**, initial reasonable inference:  that Congress imposed no duty upon "non-filers" to file anything.[4] [Obviously, if Congress *had* lawfully imposed such a duty, it wouldn't require commission of surreptitious crimes by the Defendant attorneys to enforce it.]

30. **Second**, as a corollary inference, Plaintiffs request the Court infers that they could never be said to have "damaged themselves" by "failing to file", since the felonious scheme's existence proves Congress never imposed any duty on them to file any 1040 individual income tax return. As IRS officials repeatedly remind us, filing "returns" is a voluntary act. [See Footnote 5. for two such "reminders".]

31. Next, in regard to any presumed duty *to pay* income tax, the Court is explicitly requested to notice an "eyes only" IRS internal memo by IRS Assistant Chief Counsel corroborating the Commissioner's lack of authority to compel "non-filers":

---

[3] "The acts of federal agents ... are limited and controlled by the Constitution of the United States", which "has not empowered Congress to authorize anyone to violate criminal laws". *Olmstead v. United States*, 277 U.S. 438, 482.

[4] "The individual may stand upon his constitutional rights as a citizen.  He is entitled to carry on his private business in his own way.  **He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him.**  He owes no such duty to the State, since he receives nothing therefrom beyond the protection of this life and property.... He owes nothing to the public so long as he does not trespass upon their rights." *Hale v. Henkel*, 201 U.S. 43, (1906).

"Accordingly, the penalties of perjury statement has important significance in our tax system. The statement connects the taxpayer's *attestation of tax liability* (by the signing of the statement) with the Service's statutory ability to *summarily assess* the tax. (Emphasis added) Assistant Chief Counsel, *Memorandum* 3 (July 29, 1998) http://www.irs.gov/pub/irs-wd/1998-053.pdf.

32. The Service's top lawyers thus inadvertently reveal that only ONE means exists whereby the Service can exert its' <u>summary</u> assessment authority in relation to income taxes under 26 USC §6020(b): when a person voluntarily swears out, without reservation or caveat, a return under the penalties of perjury.

33. Accordingly, the Court is requested to infer this **third** wholly reasonable inference, as arising from that IRS concession: A person who does **not** attest to her/his tax liability by voluntarily swearing out a return, does **not** connect any presumed tax liability they may have to the Service's statutory ability to <u>summarily</u> assess under 26 USC §6020(b).

34. Restated: IRS concedes it has no lawful power to compel *payment* of the income tax unless a person activates IRS' summary authority by swearing out a return under penalty of perjury, which "non-filers", by IRS definition, don't do.

35. Thus, Defendant Koskinen's lack of authority to compel "non-filers" to either file 1040 returns, or pay the income tax exaction, fully explains the genesis and operation of his concealed, felonious record falsification program.

36. The Court is accordingly requested to make this **fourth** and ultimate inference from the evidence appended hereto: The scheme's existence proves that it is "voluntary" to both file and pay, as past Commissioners have reminded us,[5] and that, as shown in explicit detail in the attached <u>Memorandum</u>, <u>Statement</u> and <u>Declarations</u> attached hereto, Mr. Koskinen and his staff criminally manipulate his encoded IMF software as a surreptitious "work-around" to "deal with" those who don't volunteer.

**Why a Personal Capacity Suit?**

This case is filed by just three of the uncountable number of Americans savaged by the

---

[5] "We don't want to lose voluntary compliance... We don't want to lose this gem of voluntary compliance." Fred Goldberg, IRS Commissioner, *Money* magazine, April, 1990.   Goldberg unintentionally confirmed the 1953 testimony of Dwight E. Avis, head of the Alcohol and Tobacco Tax Division of the Bureau of the Internal Revenue before the House Ways and Means Committee of the Eighty-Third Congress: "Let me point this out now: Your income tax is 100 percent voluntary tax, and your liquor tax is 100 percent enforced tax. Now, the situation is as different as night and day."

institutionalized[6] multi-pronged scheme operated by the Defendant attorneys and their associates to enforce the "income tax" exaction.  Many more may join this suit.

37. Defendant Obama's top subordinate in the Internal Revenue Service, Mr. Koskinen, and Defendant Obama's top subordinate in the Department of Justice, Ms. Lynch, have been sued in official capacity, to no avail, over ten (10) times since 2012 by victims seeking to terminate the underlying record falsification program operated by the IRS and DoJ, beginning with Plaintiff Ellis' original case 12-655 filed in the District of Columbia. [Footnote 6. lists some of the cases filed by victims to date.]

38. Ellis' core allegation was never adjudicated, nor has any court adjudicated the identical core gravamen allegation of all victims' cases: Mr. Koskinen's associates fabricate falsified records showing IRS prepared substitute income tax returns on claimed dates concerning victims, when no such thing occurs.  Instead of addressing victims' aching gravamen complaint, Ms. Lynch, through her subordinates, adopted the fabrication by The Honorable Amy Berman Jackson in *Ellis v. Commissioner* (14-471)[7] and now Ms. Lynch attributes it incessantly to victims, to conceal their actual gravamen: that victims supposedly complain of "IRS preparation of substitute income tax returns, and the use thereof", even though every victim complains that no such thing exists, despite Mr. Koskinen's falsified digital and paper fabrications.

39. The three Defendant attorneys are thus well aware of the cries of their victims, yet brazenly continue to falsify, and to use falsified, government records to justify thefts of Americans' property and their imprisonment, upon which they based the incarceration of Plaintiff Stanley on November 16, 2016.

---

[6]   Again, the Court is respectfully requested to judicially notice the attached Declaration of Robert McNeil, submitted to prove the "institutionalized" nature of the IRS record falsification program.  His Declaration compares the invariable manner in which IRS fabricates falsified internal records and public facing documents concerning each Class victim, including but not limited to those who have filed complaints in the District of Columbia: *Ellis v. Comm;r, et al*, 1:14-CV-471; *McNeil v. Comm'r, et al*, 1:15-CV-1288; *DePolo v. Ciraolo-Klepper, et al*, 1:15-CV-2039; *Dwaileebe v. Martineau, et al*, 1:16-CV-0420; *Crumpacker v. Ciraolo-Klepper, et al*, 1:16-CV-1053; *Morris v. McMonagle, et al,* 1:16-CV-1384, *McGarvin v. McMonagle, et al*, 1:16-CV-1458, *Podgorny v. McMonagle, et al*, 1:16-CV-1768 and *DeOrio v. Ciraolo-Klepper, et al*, 1:16-CV-2089.

[7]   Seven times in Judge Jackson's dismissal orders she reiterated versions of this core falsehood:
   "At bottom, the goal of this action is to enjoin the **IRS *from creating SFRs*** without the permission of the taxpayer and to enjoin DOJ from using those SFRs and their self-authenticating certifications in tax prosecutions.  So, Plaintiff is seeking to stop the IRS from engaging in conduct that aids in the assessment and collection of taxes.... the ***use of the created return*** directly relates to the tax assessment and is certainly an activity that resulted in the imposition of the tax liability." [See Jackson Mem., 9/16/2014, Pg. 10, First full ¶, 2nd Sent., Emph. added.]
When on October 21, 2016 Ellis filed his respectful Rule 60 Motion notifying Judge Jackson of her error in dismissing his case based upon her repeated misrepresentation of its gravamen, (Ellis actually complains IRS never creates/prepares SFRs, but falsifies records showing it does), she refused to grant relief, claiming he filed his Motion "too late".

---

40. Plaintiffs contend that the institutionalized violation of *Brady v. Maryland* by Defendant Obama and his subordinate Lynch to conceal from grand juries and defendants the underlying IRS record falsification scheme run by his subordinate Koskinen, which has damaged Plaintiffs Stanley, Ellis, McNeil and thousands of others, renders the Defendant attorneys fitting subjects to this personal capacity suit.

41. In fact, a personal capacity suit against the Defendant attorneys appears to be victims' only remaining remedy to stop the Defendants' horrific attack on the Rule of Law and fellow Americans.

## Core Allegations

42. By and through his associates, Mr. Koskinen invariably falsifies IRS records in an exquisite, layered fashion (discovered by Plaintiff Ellis and confirmed by Forensic Accountant Plaintiff McNeil) concerning those the Service labels "non-filers". Mr. Koskinen's ongoing program produces layered, falsified, digital and paper records reflecting IRS' pretended preparation of "substitute income tax returns" ("SFRs") on claimed dates, when no such thing occurred.[9]

43. Defendant Koskinen and his associates are continuing, to the date of this filing, to commit felony record falsification to enforce the "income tax" on those who don't voluntarily surrender their rights and property to the Government, such as Plaintiffs.

44. Defendant Lynch uses the fruit of the scheme to justify initiating forfeitures, and instigate criminal prosecutions under §§7201, 7203, etc., which formed the basis for her recent fraudulent conviction and incarceration of Plaintiff Stanley.

45. She literally instructs her prosecutors to obstruct justice, teaching them to avoid presenting to defendants and fact-finders IRS "Individual Master File" (IMF) records with their abundant falsifications. (See for physical examples, Exh. A, McNeil Declaration comparing the IMF records of ten (10) victims, all falsified in almost identical fashion). And, she instructs her associate prosecutors to present to juries and deceived victims instead, falsified IRS-fabricated "self-authenticating certifications" including sanitized "Account Transcripts", reflecting IRS' pretended preparation of income tax SFRs on claimed dates, even though nothing happened on the dates shown except a certain redacted sequence of manipulations between Mr. Koskinen's computer databases. (Exquisite, irrefutable detailing of each step in the program is provided in the <u>Memorandum of Law,</u> <u>Statement of Incontrovertible Facts</u> and two <u>Declarations</u> by Plaintiff McNeil, a forensic accountant, filed with this Complaint and incorporated by reference.)

46. Defendant Obama's top law enforcement assistant, Ms. Lynch, is thus orchestrating a massive, institutionalized violation of *Brady v. Maryland* while obstructing justice and committing misprision of felony, concealing substantive exculpatory evidence of the underlying IRS record falsification program from juries and criminal defendants.

---

[9] The act of falsifying government records, and any knowing use of falsified records are proscribed by Congress as felonies at 18 USC §1001.

47. Moreover, as shown in detail below, in every civil suit filed since 2012 by victims seeking to terminate the scheme (beginning in *Ellis v. Commissioner* in 2012, D.C. cause 12-655), Mr. Obama's civil litigators under Ms. Lynch's direct supervision have committed uncountable acts of misprision to conceal and prolong Mr. Koskinen's underlying record falsification program.

48. On Nov. 16th, 2016 Plaintiff Stanley was sentenced and incarcerated in Leavenworth prison for a five (5) year term, based directly on layered, falsified records fabricated by Mr. Koskinen's associates reflecting that IRS supposedly prepared "substitute income tax returns" ("SFRs") concerning him for 2006. Those phantom "returns" don't exist.[10] But, the effects of Koskinen and Lynch's fraud committed under Mr. Obama's oversight are producing real-world horror for the Stanley family, for the Dr. William Bailey family,[11] and for countless others.

49. By comparison, in 2011, Plaintiff Ellis "merely" had $45,000 stolen from him and his livelihood destroyed by IRS based on records falsified by Defendant Koskinen's associates concerning Ellis, in the exact same fashion as Koskinen's team fashioned falsified records concerning Mr. Stanley.

50. Ellis has repeatedly been hailed before the Grand Jury for the Northern District of Texas to testify, and has been threatened by Ms. Lynch's N. Texas associate prosecutors with additional summonses. But, her associate in Texas clearly failed to disclose to the Grand Jury the substantive, exculpatory evidence that Defendant Koskinen is operating the most sophisticated record falsification program in the history of the United States Government.

51. Nor did Ms. Lynch's Texas associate prosecutor appear to have disclosed to the Jury that Defendant Lynch uses the fruit of Mr. Koskinen's white-collar fraud to secure a 97% conviction rate under Mr. Obama's oversight in "willful failure to file" prosecutions across the nation in the

---

[10] Attached and incorporated by reference hereto are a Memorandum of Law, a Statement of Incontrovertible Facts and two Declarations by Plaintiff McNeil, a forensic accountant. The irrefutable Government-supplied evidence discussed in the attachments defines the explicit contours of the exquisite IRS record falsification scheme damaging Plaintiffs and all Americans.

[11] To secure the recent conviction of Dr. William Bailey, in the Southern District of California, 13-CR-3046-CAB, Defendant Lynch blocked retained defense counsel's discovery drive to secure the 'source code' of Defendant Koskinen's IMF software, which will prove that no transaction code exists whereby IRS staff can input into an IMF record deficiency amounts computed on Income Tax Examination Change/Adjustment Forms 4549, hence, necessitating the need to enter those amounts not as a return of any sort, but as "additions to tax in a module that already contains a return". Defendant Lynch further failed to present to both the grand jury and the petit jury the "substantial exculpatory evidence" that IRS falsified its IMF records concerning Dr. Bailey for 1998, in the exact same fashion as the Commissioner does in the records of all he labels "non-filers", creating, by fraud, a record showing Bailey owed a deficiency and duty to file concerning 1998, which falsified record IRS used to compel Dr. Bailey, by fraud, into Tax Court. The result of the Tax Court case, instigated by fraud on Dr. Bailey and that Court, was the predicate upon which rested Dr. Bailey's subsequent criminal conviction. His conviction in January 2016 is now on appeal to the Ninth Circuit, and details of the IRS scheme and its use by DoJ to defraud the U.S. District Court for the Southern District of California, the grand jury and the petit jury, are available on request to Dr. Bailey's retained counsel, Mr. David Michael, Esq. Horrific real-world outcomes of the Obama/Koskinen/Lynch fraud are epidemic.

---

past four years, while her Tax Division associates simultaneously commit uncountable acts of misprision to derail civil suits seeking to terminate her fraudulent misconduct.

52. Similarly, Plaintiff McNeil merely had $9,558.00 stolen from him in 2007, and his career was eviscerated, based on the exact same falsified records IRS used to damage Stanley, Ellis and uncountable other Americans victimized by the Defendants.

53. As noted above, civil litigation begun in 2012 by Plaintiff Ellis, seeking to terminate the scheme operated by Defendant Obama's subordinate Koskinen (to fabricate records showing IRS' pretended preparation of substitute income tax returns), has only resulted in wrong-headed, criminal acts of misprision committed by Mr. Obama's subordinate Lynch.

54. That is, as shown below, in every single case filed by Class victims to date, DoJ associates of Defendant Lynch have refused to mention, let alone ensure adjudication of, the core relief victims seek: to enjoin IRS' systematic falsification of its records to reflect the pretended existence of income tax SFRs, and DoJ/IRS use of the falsified records to enforce the exaction.

55. Instead, to conceal and prolong the horrors IRS and DoJ have inflicted upon Plaintiff Stanley, his family and other Americans, Defendant Lynch's associates have unceasingly striven to block/prevent adjudication of the merits of Class victims' lawsuits, fabricating and attributing to victims that they are supposedly "attempting to enjoin IRS preparation of substitute income tax returns and IRS' use of prepared substitute returns", even though all victims involved know and complain that NO SUCH THING EXISTS, despite Defendant Koskinen's falsified records.

56. Plaintiff Stanley's tragic incarceration in 2016 is just one horrific direct result of Ms. Lynch's four-year long running battle to conceal and prolong Mr. Koskinen's record falsification program, under Defendant Obama's oversight.

57. But the systematic, careful avoidance by Mr. Obama and his subordinate Lynch to litigate the actual issue raised by Class victims (Koskinen's record falsification program) proves no legitimate defense of the scheme exists. Mr. Obama's subordinates and their associates are committing uncountable acts of misprision to delay termination of the underlying felonious program, in violation of the criminal law and their duties of candor to courts, and in flagrant violation of victims' protected First Amendment right to secure "adequate, effective and meaningful" judicial redress from the program's outrageous, heinous effects.

58. **More specifically with regard to Plaintiff Stanley,** Defendant Koskinen created, by fraud, the appearance of pretended "deficiencies" in the IMF modules concerning Plaintiff Stanley for 2006 in the manner precisely similar to that by which the Commissioner fabricates falsified records concerning all Class victims, as detailed in the McNeil Declaration: "the Institutionalized IRS Record Falsification Program". [The Court has already been requested to judicially notice both sworn Declarations by Mr. McNeil, and the irrefragable Government-supplied evidence upon which they are based, filed with this Complaint.]

59. In other words, IRS invariably falsifies records for each year for each victim IRS labels a "non-filer" in almost identical manner, to provide the appearance IRS prepared substitutes for return

concerning victims for each year, when no such thing occurred ("because of constitutional issues", to which the Defendants advert but never publicly identified).

60. Defendant Lynch is fully aware of the IRS record falsification scheme, as evidenced by her instruction to her subordinate prosecutors across the Nation in the DoJ Criminal Tax Manual, Section 40.03, that they should avoid presenting the inevitably falsified Individual Master file records in criminal trials.[13]

61. Further, Ms. Lynch has repeatedly received notice of the scheme by the filing in the District of Columbia District Courts of more than ten (10) lawsuits against her seeking to terminate her participation. Yet, she's taken no steps to terminate it. Instead, she actively ratifies Koskinen's record falsification program, and has repeatedly committed acts of misprision to conceal it through offering multiple falsehoods by her unsworn surrogates in the Tax Division during civil litigation.

62. In fact, Defendant Lynch has allowed/authorized her subordinates, including the head of the DoJ Tax Division, Ms. Caroline Ciraolo-Klepper, to file false and fraudulent documents into the records of all suits filed by Class members,[14] (thus concealing and prolonging the underlying criminal program which Lynch and Koskinen use to enforce the income tax), in an attempt to prevent courts from enjoining the crimes damaging the Class.

63. It is a monstrous incongruity. Those leading the Nation's law enforcement, Defendant Lynch and Defendant Obama, (he knows or is utterly incompetent in his oversight), are obstructing justice and defrauding both the United States and individual victims, while leading a conspiracy against rights to retaliate against victims seeking judicial redress for their grievances.

64. Specifically, as noted above, despite the uncontroverted, incontrovertible, sworn evidence attached hereto and to all Class complaints, (that Mr. Koskinen and his associates fabricate IMF records to reflect IRS executes substitute income tax returns when it never executes any), Defendant Lynch filed in 1:16-CV-1053, *Crumpacker v. Ciraolo-Klepper, et al*, a so-called "Counterclaim". (See PACER, Docket in 16-1053, Doc. 4., filed on 15 Aug 2016.)

---

[13]  In Section 40.03[9][c] DoJ educates AUSA's on the subject of IRS Certificates in the context of hearings:  "Admissibility of IRS Computer Records.  The introduction of the actual Individual Master File (IMF) transcript of account through a witness can open the witness to cross-examination by the defense about every code and piece of information contained in the transcript. **In order to avoid this problem, it may be wiser to simply offer IRS computer records at trial in the form of Certificates of Assessments and Payments, certified documents reflecting tax information kept on file at the IRS.**" Nowhere else in the Manual does the unknown-named Defendant DoJ attorney/author use the phrase "it may be wiser". She knows IMF records contain case dispositive "substantive exculpatory evidence".

[14]  See for one blatant example, in *Dwaileebe v. Martineau*, **1:16-CV-0420**, Plaintiff Dwaileebe's "Motion to Sua Sponte Sanction DoJ Attorneys" (McMonagle, Ciraolo-Klepper), filed on or about June 19th, 2016 wherein Mr. Dwaileebe demonstrated that, on "[T]he **FIRST PAGE** of the 'Memorandum' supporting their 'Motion to Dismiss', Defendant Ciraolo-Klepper offered seven (7) MATERIAL misrepresentations of Plaintiff's case. Those are on the FIRST page alone.

65. In said "Counterclaim", Ms. Lynch *denied in seriatim* every irrefutable substantive material factual allegation by Class Plaintiff Crumpacker, which are all based wholly on irrefutable Government-supplied records, documents, manuals, etc. (His allegations precisely mirror those of Plaintiffs in this case).

66. Lynch's unsworn, outrageous denials of evidence *provided by the Government* precipitated the filing in *Crumpacker* by Class members of their <u>Revised Motion for Summary Judgment</u> on 13 October 2016, wherein they offered from irrefutable official publications of IRS and DoJ, from the public records of IRS activities and from IRS concessions, (see attached <u>Memorandum</u>, <u>Statement</u> and <u>Declarations</u>) evidence contravening Lynch's shrieking denials filed in derogation of her duty of candor to courts.

67. Therein, Ms. Lynch states (in her "Counterclaim") that all class filings are supposedly "factually frivolous, without any legal basis", that all class litigants "know that their factual claims lack evidentiary support", and were filed merely to "interfere with the enforcement of the internal revenue laws", even though
   -- Defendant Lynch cannot even address, let alone refute, the gravamen of Class cases: that
   -- Defendant Lynch KNOWS IRS admits it has no authority to execute substitute income tax returns for "non-filers", and that
   -- Defendant Lynch KNOWS IRS has supplied Plaintiffs incontrovertible evidence Mr. Koskinen's associates falsify IRS records concerning victims to reflect that IRS supposedly executed substitute income tax returns on claimed dates, when they never execute substitute income tax returns on any date.

68. Further, and egregiously, instead of correctly stating the Class' core concern, Ms. Lynch fabricated in her pretense-filled "Counterclaim" this deliberate misstatement of Plaintiff Ellis' second suit filed to terminate the scheme:
   "According to that suit, (*Ellis v. Commissioner*, 14-471), the IRS generates 'fraudulent' and 'falsified' substitute for returns in order to assess federal income tax liabilities from individuals who do not file their legally-required federal income tax returns". [See *Crumpacker*, 1:16-CV-1053, so-called "Counterclaim", Pg. 9, First Sentence.]
   Despite her disingenuous claims, Ms. Lynch, her civil litigators and all Class victims including Plaintiffs KNOW that IRS NEVER "generates" substitute income tax returns on any date shown in IRS' falsified records concerning them, but that Mr. Koskinen instead generates fraudulent documents showing IRS generated SFRs in income tax matters.

69. In fact, under authority of Defendants Lynch and Obama, multiple attorneys have filed false and misleading documents into every case initiated by Class plaintiffs, repeatedly and fraudulently asserting, for example, that Class members supposedly seek to enjoin IRS' execution of substitutes for return, when, as all attorneys know, IRS ***never*** executes substitute income tax returns, and that the Class actually seeks, instead, to terminate the falsification of IRS records creating the appearance IRS prepared substitute income tax returns on claimed dates, when it never happened.

---

70. Those, and other material misrepresentations committed by the TOP civil litigators under Defendant Lynch, appear to be acts of misprision violating the First Amendment rights of every Class victim, including Plaintiffs, in a conspiracy against rights, to destroy their access to *meaningful* judicial relief from the scheme, since the attorneys' acts are prolonging the underlying felonious scheme damaging all Class victims, and has resulted in baseless incarcerations.

71. All the elements of a crime of misprision (18 USC §4) are present in the conduct of the attorney Defendants: 1.) an underlying crime has been committed, (Defendant Koskinen's associates are systematically falsifying government records); 2.) all three Defendant attorneys know of the scheme's existence, (Lynch and Koskinen have been sued repeatedly; Mr. Obama knows, or can plead incompetence); 3.) the Defendant attorneys have taken no steps to bring the record falsification program to the attention of any one; (and are obstructing the efforts of, and attacking, those who do) and 4.) the Defendant attorneys have committed positive acts to conceal the underlying felonious program from judicial review and termination, such as fraudulently claiming victims are attempting to enjoin IRS preparation of substitute income tax returns, when EVERYONE involved KNOW no such thing exists.

72. And, through her associate criminal prosecutors/subordinates, Defendant Lynch is still using falsified IRS records to prove the "deficiency" and "duty to file" components of the willfulness element in criminal prosecutions under §§7201, 7203, etc., while concealing the exculpatory evidence of the institutionalized IRS record falsification scheme from all fact finders.

73. Mr. Stanley and Dr. William Bailey are living, incarcerated testaments of the Defendant attorneys' fraud, committed in violation of 18 USC §§4, 241, 271, 1001, etc., etc., as well as their substantive due process rights.

74. As Defendant Lynch invariably commits acts of misprision through her surrogates to defend the reprehensible program, she will replicate that behavior in the presence of this Honorable Court, thus inviting it to commit treason to the constitution[15] and misprision of felony as well, to conceal and prolong the underlying criminal program and the liability of the Defendant attorneys for their acts during the past four years.

75. No legal remedy exists to accomplish the primary goal of this suit: to hold Defendants Lynch, Obama and Koskinen personally accountable for the enormous personal damage they are causing to Americans by 1.) encouraging and continuing the commission of criminal acts taken to operate the IRS/DoJ record falsification program, by 2.) concealing the scheme's existence from juries created expressly to combat government fraud of this type, and in a massive deliberate violation of *Brady v. Maryland*, and for 3.) committing uncountable acts of misprision to ensure

---

[15] "With whatever doubts, with whatever difficulties, a case may be attended, we must decide it, if it be brought before us. We have no more right to decline the exercise of **jurisdiction** which is given, than to **usurp** that which is not given. The one or the other would be **treason** to the **constitution**." See *Cohens v. Virginia*, 19 U.S. 264 (1821), C.J. Marshall.   This Court possesses equity power for just such extraordinary circumstances as this case presents.

that their victims' core complaint allegation is never adjudicated in a United States Court, all while the Defendant attorneys are creating illusory precedent that victim's aching, incontrovertible, still-unaddressed gravamen allegation is supposedly "frivolous", without merit", and that victims' cases were filed to "obstruct the administration of the tax laws."

76. If the Defendant attorneys' horrific criminal acts do not invoke the equitable jurisdiction of a U.S. Court, nothing can.

**Causes of Action**

**First Cause of Action**
Violation of 5 USC §702

77. Plaintiffs incorporate by reference the allegations in Paragraphs 1-76, above.

78. The Administrative Procedure Act ("APA") mandates that "a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof". Defendant Koskinen's operation of IRS' institutionalized scheme to fabricate evidence concerning Plaintiffs has adversely affected them, and they are entitled to immediate judicial review of the Defendants' operation of the criminal enterprise. The Anti-Injunction Act has no application to this case, since Plaintiffs owe no amount of taxes to the Treasury until Defendant Koskinen fabricates records showing his pretended preparation of substitute income tax returns on their behalf, which he never in fact prepares, due to "constitutional reasons". A U.S. Court sitting in equity can enjoin the extraordinary CRIMES committed by the Defendant attorneys to damage Plaintiffs, since no remedy at law exists to provide relief from the program.

79. Mr. Koskinen is fabricating evidence in his Individual Master File software concerning Plaintiffs, and is continuously threatening them, via U.S. Mail, that he will use falsified records to damage them indefinitely into the future (facilitated by the complicit Defendant Lynch), as such violations have been the Government's usual and customary response to all Americans' exercise of their protected Fifth Amendment right, pursuant to the Supreme Court's unchallenged holding in *Hale v. Henkel*.[26]

**Second Cause of Action**
Violation of Plaintiffs' Fourth and Fifth Amendment Rights

---

[26] "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. **He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him.** He owes no such duty to the State, since he receives nothing therefrom beyond the protection of this life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State. Among his rights are a refusal to incriminate himself and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." *Hale v. Henkel*, 201 U.S. 43, (1906). The two light-weight cases oft-cited by government attorneys (*Garner* and Sullivan) don't even pretend to overrule Hale, particularly since IRS never informed the Supreme Court, in either case, that the Service falsifies records to justify criminal prosecutions of "non-filers".

80. Plaintiffs incorporate by reference the allegations in Paragraphs 1-76 above.

81. Defendant Koskinen, under Defendant Obama's oversight, unlawfully circumvents exercise by Plaintiffs of their substantive Fifth Amendment right to not be compelled to provide sworn evidence which might be used against them, and their procedural due process right, by the acts of (A.) falsifying records and certifications to create the appearance of deficiencies they supposedly owe, hence, the appearance they owe a further duty to file 1040 returns, by (B.) using the falsified records as evidence they owe a purported liability to the Treasury, by (C.) using falsified records to instigate issuance of liens, levies, seizures, forfeitures and criminal prosecutions against Plaintiffs and the Class to which they belong.

82. Attorneys Obama, Koskinen and Lynch create and present to United States courts falsified certificates including sanitized "Account Transcripts" to conceal IRS' falsified underlying digital records concerning victims, etc. The scheme is a conscience-shocking, equity-invoking violation of the substantive due process rights of Plaintiffs and all Americans.

83. Under Mr. Obama's oversight for the past four years, Defendant Lynch and her top civil litigation associates have been simultaneously engaged in the ongoing collusion to prevent termination of the IRS record falsification program depriving Plaintiffs and their Class of their Fifth Amendment rights, and their property in violation of the Fourth Amendment.

84. It is a violation *of Plaintiffs' due process rights* for the Defendant attorneys to commit, or authorize commission of, acts of misprision during civil litigation to conceal, protect and prolong the underlying criminal scheme which damaged Plaintiffs, is damaging them and will damage them into the foreseeable future, until enjoined.

### Third Cause of Action
Violation of Plaintiffs' First Amendment Right to Access Courts

85. Plaintiffs incorporate by reference all allegations above in Paragraphs 1-76 above. The rights of the Class of victims to which Plaintiffs belong include the right to access United States courts and receive MEANINGFUL relief from the underlying IRS/DoJ scheme to enforce the "income tax" exaction by committing and concealing CRIMES.

86. Under Defendant Obama's oversight during the past four years, Defendant Lynch and her top Tax Division attorney have systematically violated the First Amendment Right of the Class to which Plaintiffs belong, by filing false and misleading claims concerning Class allegations in almost every document filed by the attorneys in every case initiated by victims to terminate the underlying IRS white-collar record falsification scheme.

87. The Defendant attorneys are defrauding the United States, hence simultaneously violating the First Amendment rights of all Americans, who have an interest in ensuring the Courts of this Nation are open to hear, and decide on the merits, claims by Americans that public servants are destroying the Rule of Law upon which this Nation was founded. Further, the Nations top law enforcement servants are involved in a conspiracy against rights by attempting to punish victims

(Plaintiffs Ellis and McNeil) for merely exercising their protected rights secure judicial redress for their grievances at the hands of Defendant Koskinen's record falsification program.

## RELIEF REQUESTED

88. Good cause having been alleged, pursuant to the <u>Memorandum of Law</u>, <u>Statement of Incontrovertible Facts</u> and two <u>Declarations</u> by Forensic Accountant Robert A. McNeil appended hereto and incorporated by reference herein, and, in conjunction with the judicial notice requested above, Plaintiffs respectfully request that the Court:

89. **NOTICE** that it appears IRS never executes substitute income tax returns, yet systematically falsifies its internal records and public-facing certifications based thereon, to show it supposedly did/has, on claimed but pretended dates; and

90. **NOTICE** that no U.S. judge has ever addressed the uncontroverted, incontrovertible FACT Defendant Koskinen and his associates invariably, sequentially and institutionally falsify Government records to create the fraudulent appearance IRS performs substitute income tax returns, when no such act ever occurs; and

91. **NOTICE** that resolution of this case in Plaintiffs' favor will have zero arguable impact on any Congressionally-authorized pre-assessment, assessment, or collection activity of the IRS, and

92. **Consider, as true**, Plaintiffs' incontrovertible allegation that Defendant Koskinen is operating an <u>institutionalized</u>, systematic, invariably consistent, felonious, record falsification program to justify IRS property seizures, as well as civil forfeitures and criminal prosecutions; and

93. **Consider, as true**, Plaintiffs' incontrovertible allegation that Defendant Lynch knowingly uses fraudulent Koskinen-authorized documentation to justify criminal prosecutions, that she is concealing from defendants and grand juries the "substantial exculpatory evidence" of the existence of that scheme, in order to convict "non-filers" pursuant to §§7201, 7203, etc., in a massive violation of the spirit and letter of *Brady v. Maryland*, and that she has authorized commission by her civil litigators of multiple acts of misprision to prevent adjudication on the merits of civil litigation filed during the past four years by victims seeking to terminate her participation in the scheme; and

94. **Grant** Plaintiffs the mandatory, just, inference that the <u>institutionalized</u> IRS scheme to falsify its records, and Mr. Koskinen's use with Defendant Lynch of the falsified records, is a criminal enterprise subject to review by a United States Court exercising its expansive equitable power, and the AIA is wholly inapposite to such enormous, horrific government fraud; and

95. **Grant** Plaintiffs the reasonable inferences derived from their explicit allegations and uncontroverted/incontrovertible evidence appended hereto, that Congress did NOT impose on them or on any so-called "non-filer" either a duty to file an income tax return, or a duty to pay "income taxes", since it requires the commission of criminal acts to enforce the exaction on those who don't voluntarily surrender their property to IRS, or who don't connect (by the voluntary swearing out of a return) their presumed "*tax liability* with the Service's statutory ability to

*summarily assess* the tax"; and

96. **Recognize** that no forum exists to terminate such <u>institutionalized</u> fraud, hence, justifying exercise by this Court of its extra-constitutional equitable power; and

97. **Enjoin** any artifice, scheme, device, sham, presumption, or procedure, whether concealed or overt, as part of any conspiracy to bypass the rights of Americans in connection with "income tax" exaction, in violation of 28 USC §§4, 241, 1001, 1519, etc.

98. Plaintiffs also respectfully request that the Court Order the Defendant Attorneys to:

99. Identify each annual IRS Individual Master File record falsified by Defendant Koskinen and his associates during the past four years under Mr. Obama's oversight, to reflect the pretended preparation of substitute income tax returns ("SFR 150") which did not occur on the dates shown in IRS records;

100. Identify by name every attorney of the IRS involved in initiating the scheme to falsify and use falsified IRS computer-based records to create the appearance SFRs had been prepared in income tax matters;

101. Identify each discreet act of misprision committed by Defendant Lynch and her associates in each civil case filed by victims complaining of the IRS/DoJ scheme during the past four years of Mr. Obama's oversight;

102. Identify each use by Defendant Lynch of Defendant Koskinen's falsified paper certifications during any criminal prosecution or forfeiture case in the past four years under Defendant Obama's oversight;

103. Identify by name and publish the list of attorneys operating under Defendant Lynch's control who filed false, misleading claims in any document in any civil case opened by victims of the program, and the precise number of acts of misprision, identified as such, committed by each named associate attorney;

100. Identify each American incarcerated, convicted or whose property was stolen on the pretended basis they committed a "willful failure to file" crime or who supposedly "failed to file a return", during the past four years under Mr. Obama's oversight;

101. Identify each associate of Ms. Lynch who prosecuted "income tax crimes" without performing his/her duty to learn of the underlying IRS criminal operation, and failed his/her duty to present the substantive exculpatory evidence of that operation, during the past four years under Mr. Obama's oversight;

102. Create a fund, and the means to effectively distribute it as token restitution to the victims of the Defendant attorneys' operation over the past four years of the most heinous government program ever existing in this Nation;

103. Order each Defendant attorney, and their associates identified per the requests above, to present to the Court evidence of the precise date they became aware of the illegality of the income tax exaction being enforced by fraud upon the citizens of the United States;

104. Order each Defendant attorney, and each associate attorney identified per the requests above, to make annual, lifetime-long payments to the fund, (in amounts to be determined), to begin token restitution to their fellow Americans victimized by criminal acts committed during the past four years under Defendant Obama's oversight;

105. Order each Defendant and attorney, identified per the request above, to publish their annual payment to that fund, as a lifetime investment in the Rule of Law, and as an annual reminder of the haunting, unrepayable, horrific human toll they took of their fellow Americans, including Plaintiff Harold R. Stanley, Dr. Bill Bailey, Michael Ellis, Robert McNeil, and many, many others; and

106. Grant Plaintiffs and their Class such other relief, including court costs, as is just and equitable.

It is respectfully submitted,

_Ellen Lorane Stanley_
For /s/ Harold R. Stanley
_Ellen Lorane Stanley_                            Dated: _1-3-17_

_____
/s/ Michael B. Ellis                              Dated: _____

_____
/s/ Robert A. McNeil                              Dated: _____


### Verification/Declaration

Comes now Plaintiffs, Harold Stanley, Michael Ellis and Robert McNeil, each declaring under penalty of perjury, pursuant to 28 USC §1746, that "The facts stated in the foregoing Original Complaint are absolutely true and correct to the very best of my knowledge and belief, So HELP ME GOD."

_Ellen Lorane Stanley_
For /s/ Harold R. Stanley
_Ellen Lorane Stanley_

_____
/s/ Michael B. Ellis

_____
/s/ Robert A. McNeil

103. Order each Defendant attorney, and their associates identified per the requests above, to present to the Court evidence of the precise date they became aware of the illegality of the income tax exaction being enforced by fraud upon the citizens of the United States;

104. Order each Defendant attorney, and each associate attorney identified per the requests above, to make annual, lifetime-long payments to the fund, (in amounts to be determined), to begin token restitution to their fellow Americans victimized by criminal acts committed during the past four years under Defendant Obama's oversight;

105. Order each Defendant and attorney, identified per the request above, to publish their annual payment to that fund, as a lifetime investment in the Rule of Law, and as an annual reminder of the haunting, unrepayable, horrific human toll they took of their fellow Americans, including Plaintiff Harold R. Stanley, Dr. Bill Bailey, Michael Ellis, Robert McNeil, and many, many others; and

106. Grant Plaintiffs and their Class such other relief, including court costs, as is just and equitable.

It is respectfully submitted,

_____          Dated: _____
/s/ Harold R. Stanley

_____          Dated: _Jan. 2, 2017_
/s/ Michael B. Ellis

_____          Dated: _____
/s/ Robert A. McNeil

### Verification/Declaration

Comes now Plaintiffs, Harold Stanley, Michael Ellis and Robert McNeil, each declaring under penalty of perjury, pursuant to 28 USC §1746, that "The facts stated in the foregoing Original Complaint are absolutely true and correct to the very best of my knowledge and belief, So HELP ME GOD."

_____
/s/Harold R. Stanley

_____
/s/ Michael B. Ellis

_____
/s/ Robert A. McNeil

103. Order each Defendant attorney, and their associates identified per the requests above, to present to the Court evidence of the precise date they became aware of the illegality of the income tax exaction being enforced by fraud upon the citizens of the United States;

104. Order each Defendant attorney, and each associate attorney identified per the requests above, to make annual, lifetime-long payments to the fund, (in amounts to be determined), to begin token restitution to their fellow Americans victimized by criminal acts committed during the past four years under Defendant Obama's oversight;

105. Order each Defendant and attorney, identified per the request above, to publish their annual payment to that fund, as a lifetime investment in the Rule of Law, and as an annual reminder of the haunting, unrepayable, horrific human toll they took of their fellow Americans, including Plaintiff Harold R. Stanley, Dr. Bill Bailey, Michael Ellis, Robert McNeil, and many, many others; and

106. Grant Plaintiffs and their Class such other relief, including court costs, as is just and equitable.

It is respectfully submitted,

_____     Dated: _____
/s/ Harold R. Stanley


_____     Dated: _____
/s/ Michael B. Ellis

_R.A. McNeil_                        Dated: _1/3/17_
/s/ Robert A. McNeil


## Verification/Declaration

Comes now Plaintiffs, Harold Stanley, Michael Ellis and Robert McNeil, each declaring under penalty of perjury, pursuant to 28 USC §1746, that "The facts stated in the foregoing Original Complaint are absolutely true and correct to the very best of my knowledge and belief, So HELP ME GOD."


_____
/s/Harold R. Stanley


_____
/s/ Michael B. Ellis

_R.A. McNeil_
/s/ Robert A. McNeil

## CERTIFICATE of SERVICE

This is to certify that a copy of the foregoing Original Complaint was served via United States Mail on __3__ January 2017 to:

Defendant Barack H. Obama
1600 Pennsylvania Ave., NW
Washington, D.C. 20500

Defendant John Koskinen
C/O Internal Revenue Service
Office of Procedure and Administration
1111 Constitution Ave. NW, Room 5503
Washington, D.C. 20224

Defendant Loretta Lynch
C/O U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

/s/Robert A. McNeil

# *Stanley, et al.,*
# *v.*
# *Lynch, et al.*

## Memorandum of Law
## in Support of
## Original Complaint

**In the District Court of the United States**
**For the District of Columbia**

| | | |
|---|---|---|
| **Stanley, et al.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Dist. Cause 17-** _____ |
| | § | |
| **Lynch, et al.,** | § | |
| **Personal Capacity Defendants** | § | |

## MEMORANDUM OF LAW
## in SUPPORT of ORIGINAL COMPLAINT
### in *STANLEY et al., V. LYNCH, et al.*

## Introduction

Plaintiffs file this Memorandum in support of their Original Complaint, as well as the accompanying Statement of Incontrovertible Facts, and two Declarations by Plaintiff McNeil, in effort to hold the Defendant attorneys liable in personal capacity for acts taken during the last four years under Mr. Obama's oversight. That is, Defendant Koskinen's associates systematically falsify Government (IRS) records concerning Plaintiffs and all Americans he mis-labels "non-filers". Defendants Koskinen and Lynch use the IRS-falsified records to colorably justify incarceration and thefts of property of victims of the scandalous program, and, further, to conceal the record falsification program from criminal defendants, from Grand Juries set up to prevent such scheme, and from Honorable United States Judges who have no idea the program exists.

## Memo Organization

In **Part I.** of this <u>Memorandum</u>, Plaintiffs review the evidence presented in their <u>Statement of Incontrovertible Facts</u>, with Exhibits A & B appended thereto, describing in minute detail the

entire sequence of the IRS record falsification program.

In **Part II.,** Plaintiffs present certain aspects of the unlawful use by Defendant Lynch of the fruit of Defendant Koskinen's record falsification program, which has been ongoing under Defendant Obama's oversight.

### Part I.  Facts and Evidence

Plaintiffs' Statement of Incontrovertible Facts was filed contemporaneously with their Original Complaint, with two Declarations by Mr. Robert A. McNeil and this Memorandum in support. That Statement is incorporated by reference in this Memorandum.   The following incontrovertible facts prove Defendant Koskinen and associates under his direct control and supervision are operating the most outrageous record falsification program in the history of the United States:

1. Defendant Koskinen and his predecessors ("the Commissioner" hereafter) of the IRS is the recognized "master" of the income tax,[1] with over 100 years of enforcement experience.

2. Although unsworn Government-employed attorneys claim he has authority under 26 USC §6020(b) to perform substitute income tax returns, the "master" disagrees.   He claims his 6020(b) authority is limited to excise, employment and partnership matters, "because of constitutional issues."  (See Statement of Incontrovertible Facts ("SIF") 1 and 2)

3. The Commissioner maintains a database documenting the interaction of his staff with Americans.  This database is known to IRS as the "Individual Master File." (SIF 5)  IRS staff enters all transactions and numerical data in the "transaction section" of annual IMF "modules" using various three-digit numeric "transaction codes." (SIF 6 and 7)

4. IRS identifies and defines all the possible three-digit numeric "transaction codes" in his "Document 6209" and in his AIMS Reference Guide, (SIF 8).

---

[1] "Congress has delegated to the [Commissioner], not to the courts, the task of prescribing all needful rules and regulations for the enforcement of the Internal Revenue Code." *National Muffler Dealers Assn., Inc. v. United States*, 440 U.S. 472, 477 (1979). This delegation "helps guarantee that the rules will be written by 'masters of the subject' who will be responsible for putting the rules into effect." 440 U.S., at 477 (quoting *United States v. Moore*, 95 U.S. 760, 763 (1877).

5.  The Commissioner created the Audit Information Management System database, (AIMS), which is closely related to the IMF database (SIF 12) for his "Examinations Function Division" to make adjustments to his Master File records concerning Americans during audits. (SIF 11)

6.  IRS employees can't tell the difference between the AIMS and IMF databases, (SIF 12), but the AIMS software does not have the same extensive validation checks and software safeguards written into it as does the IMF. (SIF 13)  This means the Examinations Division can use AIMS to change the all-controlling IMF records, thus bypassing the stringent controls written into the IMF software.

7.  The Commissioner labels Americans who fail to voluntarily file official government tax return forms as "non-filers," (SIF 3), (although the DoJ continues to derisively label them "tax protesters", "anti-government constitutionalists", "tax cheats", etc.)

8.  The IMF software requires the filing of a return as a necessary predicate to entering into an IMF annual module any alleged "deficiency" amount supposedly owed by a "non-filer." (SIF 10) But, by definition, so-called "non-filers" have not filed a return.  So, IRS have cobbled together a "work around" to circumvent the restrictions written into IRS' protected IMF software.

9.  To circumvent those protections and allow later entry of claimed "deficiencies", IRS staff first performs a sequence of entries in the unguarded AIMS database to falsely inform the IMF computer that IRS received a return, when none was received, and that IRS executed a substitute for return, when no such return was prepared.  Some call the systematic, invariable program to circumvent the IMF restrictions a "work-around"; Congress calls the systematic falsification of IRS records a crime. (18 USC §1001)

10. Specifically, to misinform the IMF software, IRS opens a skeletal account in the Examinations Division database, (Audit Information Management System, AIMS), concerning a victim, then makes two simultaneous entries ("transactions") into the unguarded AIMS skeletal account.  The dual entry is numbered a "424," which contains an override code known to IRS as a "Push Code 036." (SIF 14)  By entry of these two codes sequentially in the AIMS database skeletal account for "non-filers" such as IRS mislabels Plaintiffs, the AIMS software "requisitions" from the IMF software a fully matched "open account" in AIMS.

11. More importantly, that sequence resulted in the IMF software being "fooled" to "think" a return had been received by IRS, and was under audit by Examinations.  That sequence is invariably used prefatory to Examinations later entry of deficiency amounts supposedly owed by "non-filers" such as IRS labels Plaintiffs, as discussed below and, in Exh. B with specific reference to IRS records falsified concerning Plaintiff Stanley.

12. A TC 424 is defined by IRS thusly: "Return Referred to Examination or Appeals Divisions." (SIF 16)  That is, a 424 transaction in AIMS makes the IMF software "think" a return exists, even though none does.

13. IRS defines "Push Code 036" as a "substitute for return." (SIF 17)  That is, IRS defines the use of the override code itself as a substitute for return, even though no substitute for return is ever performed or ever exists.

14. The entry in AIMS of the combined 424/036 transactions automatically inserts into the related annual IMF module concerning a targeted "non-filer" the date that entry was made, juxtaposed beside the phrase "RET RCVD DT", ("return received date").  (SIF 15)  But, no return from any source, ("non-filer", IRS employee, information suppliers, etc), was received on that date.

15. Later, the combined 424/036 transaction will also automatically, without any further input, insert into the IMF module the phrase "SFR 150", with a date beside that phrase, even though no substitute for return exists or was performed by IRS.

16. IRS describes why it MUST use the override Push Code 036 when requisitioning via AIMS an account from IMF: "otherwise the IMF software will reject the AIMS-initiated account requisition". (SIF 18)

17. But, the real reason IRS Examinations Division uses the simultaneous entry of the TC 424 (or variant 424D, etc.) containing Push Code 036, is because the AIMS database will "automatically generate" thereafter in the targeted IMF (Master File) module of a "non-filer" a TC "424", then, later, a "420" automatically appears, then, still later, the phrase "SFR 150" automatically appears in the IMF record, with dates beside them all, regardless of the fact no document exists to justify entry of the phrases and codes into the IMF.  (SIF 19)

18. A "150" is the designation IRS uses to indicate a return was received by the Service, (SIF 20). As noted above, by using the TC 424/036 transactions the phrase "SFR 150" (meaning substitute for return) can be inserted into an IMF module, *even when no return exists or was received by IRS.*  The IMF software can't tell that no return exists when the 424/036 transaction is initiated in the skeletal account begun in AIMS, the database created for IRS' Examinations Division to track and control returns during audits thereof.

19. IRS identifies the three-digit number "420" appearing in an IMF module not as a financial transaction, (SIF 22), but as "Indicat[ing] that a return has been referred to the Examination Division." (SIF 21) [Emph. added.]

20. Thus, when targeting non-filers, Examinations Division employees fool the Master File computer into automatically "referring" non-existent returns to themselves for pretended audit by entering into AIMS a TC 424 containing a Push Code 036. (SIFs 23, 24 and 25)

21. IRS Disclosure personnel confirm that no return exists on the date IRS enters the 424/036 transaction into the targeted annual IMF module concerning a "non-filer." (SIF 26)  In other words, IRS performs no physical, actual return, (1040 or 1040A), on the date the Service enters a 424/036 transaction in the AIMS/IMF records concerning a "non-filer."  The "referral" to themselves of the phantom "return" is simply the automatic response of the Master File software to the AIMS software, after IMF receives the false information via AIMS that a return had supposedly been filed.

22. To conceal the opening database fraud used to attack Plaintiff Stanley and all "non-filers", IRS immediately (the same date as the 424/036) removes the appearance of that 424/036 transaction from view in the IMF screen print, by initiating in AIMS a second transaction known and numbered by IRS as a TC "425." (SIF 28)

23. IRS defines a "425" transaction as a "424 which was reversed."  (SIF 29)  However, the 425 does not "reverse" in any way the *effects* of the 424/036 transactions.  Even after the 425 transaction, the following evidence of the fraudulent creation of the SFR entry remains in the IMF datafile:

   a.  the phrase 'RET RCVD DT with an accompanying claimed date,
   b.  the phrase "SFR 150" with a different date, and
   c.  a TC "420", which signifies the opening in AIMS of a fully established account and its referral to the Examination Division for audit. ("Exams" later enters, into the AIMS matching account, deficiency amounts created during the pretended "audit").

24. By entry of the 425 transaction, the 424/036 transaction is merely removed from view in the IMF Complete and IMF Specific screen prints; it is not 'reversed'.  But, evidence of that transaction still appears in other screen prints concerning the targeted annual module, such as TXMODA. (SIF 30)

25. No single record/screen print in the Master File contains an easily followed audit trail of each transaction made concerning a "non-filer."

26. As discussed above, without opening a skeletal account in AIMS to requisition a full matching account from IMF, Exams could not enter deficiencies into the targeted IMF module concerning a "non-filer," because the restrictive IMF software requires the receipt by IRS of a return before any entry into an IMF module of deficiency amounts can occur.  The AIMS software does not

contain such a restriction, so AIMS is used to circumvent the IMF software validations, and thus IRS public servants surreptitiously circumvent in conscience-shocking fashion the Fifth Amendment due process rights of Americans, using white-collar crime.

27. Unsworn Government-employed attorneys have made claims that IRS does indeed execute "SFR packages," (or "substitute for return packages"), that supposedly serve as valid returns.

28. All targeted "non-filers", including Plaintiffs, have received via U.S. Mail such documentary collections which invariably contain unsworn "Income Tax Examination Changes Forms 4549" or similar.  [See Exh. B, Doc 2]   On those forms, Examinations staff calculates so-called deficiency amounts supposedly "owed" by "non-filers" to the Treasury. (SIF 31)  However, the manner in which the Commissioner treats his "SFR packages" proves they are not substitute *returns* at all.

29. Plaintiffs have learned that no transaction code exists in the IMF software which might allow entry into a targeted IMF module of a "non-filer" the deficiency amount computed on the Forms 4549, (SIF 32).  (After 100 years of practice enforcing the tax, the lack of a transaction code to enter deficiency amounts computed as part of substitute income tax returns for "non-filers" is no mere oversight on the Commissioner's part.)

30. The IRS simply has no authority to perform substitute income tax returns for "non-filers," hence, predictably, no transaction code was ever created in the IMF software to enter data purporting to be derived from execution of an SFR for "non-filers."

31. The Commissioner's staff <u>invariably</u> enters the data tabulated on Forms 4549 as part of a transaction known and numbered by IRS as a "TC 300."  IRS defines a TC 300 as an assessment of "additional taxes" owed in a module that already evidences a return was received by IRS. (SIF 34)  In other words, IRS internally treats the data on Forms 4549 NOT as constituting a 'return' of any sort, but as an addition to taxes in modules previously falsified to *reflect existence of a return* when none are ever prepared by IRS.

32. This explains why IRS must first falsify the targeted IMF record by inserting the phrases "RET RCVD DT," and "SFR 150" via AIMS, (SIF 35), i.e., to deceive the IMF software into allowing the posting of deficiency amounts which are not related to any actual return.  No return exists when IRS enters alleged deficiency amounts via 300 transactions into an IMF, hence IRS 'games' its software to make it 'think' a return exists.

33. To deceive victims, juries, counsel and judges, IRS conceals and never offers IMF transcripts in criminal prosecutions, (SIF 40), which contain irrefutable evidence of IRS' criminal record falsification program.

34. IRS instead prepares and proffers for Defendant Lynch's prosecuting attorneys in criminal trials falsified paper certificates known as Forms 4340, "Account Transcripts", or the like. (SIF 38)

35. On those certifications, IRS fraudulently claims the date on which the AIMS 424/036/425 transactions occurred (shown in the IMF as the "RET RCVD DT") is when a substitute for return was supposedly performed.

36. Specifically, See Exh. B, McNeil Decl., Doc 5, a Form 4340 "Self-Authenticating" Certificate which falsely reflects IRS performance of a substitute for return concerning Plaintiff Stanley on the date when the mere 424/036 transaction was initiated in AIMS, July 28th, 2008. The Certificate leaves completely unmentioned the August 25th, 2008 date the Form 4549 Income Tax Examination Change was actually filled out. See Exh. B, Doc 2. However, the Nov. 24, 2008 date the TC 300 transaction was entered into the IMF/AIMS database with supposed deficiency amounts shown on the Form 4549, is falsely shown in the Form 4340 as the date an "assessment" was supposedly performed.

37. Reiterating, no substitute for return occurred on July 28th, 2008; and, no assessment occurred on November 24th, 2008.

38. The August 25th, 2008 date the Form 4549 was filled out is concealed by being unmentioned. That is, the date the IRS employee tabulated the "deficiency" amounts on the Income Tax Examination CHANGES Form 4549 is left completely unmentioned on the Form 4340 "Certification", thus preventing Plaintiff Stanley from cross-examining the Examinations employee as to her authority to perform substitute income tax returns, which authority the Commissioner expressly concedes does not exist.

39. The existence of published procedures implementing this systematic falsification of IMF records is overwhelming circumstantial evidence that this scheme is known to and approved by the highest levels of IRS attorneys. It is an institutionalized scheme to defraud Americans and thus to defraud the United States, which "wins its point whenever justice is done its citizens in its courts". *Brady v. Maryland.*

40. IRS attorneys also concede that the signature on a 1040 form is a "**taxpayer's attestation of liability**" and that the attestation "connects" the self-declared liability "with the Service's statutory ability to summarily assess the income tax." (SIFs 36, 37) This means that "non-filers", by definition, have not declared themselves liable and have thus not connected themselves to the Service's summary authority to enforce the tax.

41. So, IRS concedes in its internal documentation it has neither lawful authority to perform SFRs in income tax matters, nor lawful authority to summarily assess the tax on "non-filers." This fully explains the genesis and maintenance of the institutionalized IRS record falsification program.

42. Plaintiffs are just a few of the undetermined number of Americans attacked by Defendants Koskinen, Lynch and their direct associates during the past four years under Mr. Obama's oversight, pursuant to falsified IMF records and certifications. (SIF 4)

**Part II. Unlawful Use of the fruit of IRS' record falsification program**

"All courts that have directly confronted the question agree that the deliberate manufacture (by the Government) of false evidence contravenes the Due Process Clause". *Whitlock v. Brueggemann*, 682 F.3d 567, 585 (7th Cir. 2012), cert. denied 133 S. Ct. 981 (2013). Judicial agreement on the subject includes ten circuits, and none departs from the rule, stated succinctly: "Anyone who acts on behalf of the government should know that a person has a constitutional right not to be 'framed'". *Devereaux v. Abbey*, 263 F.3d 1070, 1084 (9th Cir. 2001).

The loss of a civil right is irreplaceable. That is, no matter any sum later claimed in damages, a victim cannot use an award to replace the loss of his/her civil rights. Applied to Plaintiffs, they cannot buy back their right shielded by the Fifth Amendment which protects them from the conscience-shocking IRS/Government scheme Defendant Koskinen and his associates are operating to fabricate records concerning Plaintiffs, from being indicted by the Grand Jury on the basis of evidence fabricated by Government servants, from being convicted on concealed, fabricated, falsified evidence and from being incarcerated unjustly.

During the past four years, Defendant Lynch has been repeatedly sued concerning her participation in, use of, and concealment of the IRS record falsification program, albeit previously only in her official capacity. She, nevertheless, continues instructing her subordinate prosecutors to conceal the exculpatory IMF records from defendants and their counsel in criminal trials. (SIF 40)

Ms. Lynch and her surrogates have a duty to learn of the underlying record falsification scheme,[2] are imputed by law to know IRS falsifies its records and certifications, even if they claim personal ignorance,[3] and have a duty to disclose substantial exculpatory evidence of the existence of the IRS record falsification scheme to defendants in criminal trials, irrespective of the attorneys' personal knowledge.[4]

Yet, neither Defendant Lynch, her subordinate in the Western District of Missouri, Mr. Paul S. Becker, nor her subordinate in the Northern District of Texas provided the evidence appended hereto to the Grand Juries investigating Plaintiffs Stanley and Ellis, which evidence proves that Ms. Koskinen's associates fabricate falsified IMF records and certifications to justify indicting so-called "non-filers" IRS and DoJ accuse of committing income tax-related crimes. (SIF 41)

And, Ms. Lynch's prosecutors continue to use IRS-falsified certifications, such as Forms 4340, RAC 006, 23C, "Account Transcripts", etc. to supply proof of the deficiency and duty components of the willfulness element under IRS §§7201 and 7203, (SIF 42).

---

[2] See US v. Andrews, 532 F. 3d 900- Court of Appeals, D.C. Circuit 2008: "Hence, to comply with *Brady*, `the individual prosecutor has a duty to learn of any favorable evidence known to others acting on the government's behalf in the case, including the police.' *In re Sealed Case,* 185 F.3d at 892,Court of Appeals, D.C. Circuit 1999 (quoting *Kyles v. Whitley,* 514 U.S. 419, 437).

[3] *See United States v. Beers*, 189 F.3d 1297, 1304 (10th Cir.1999) "Information possessed by other branches of the government, including investigating officers, is typically imputed to the prosecutors of the case". *United States v. Jennings*, 960 F.2d 1488, 1490 (9th Cir. 1992) ("[t]his personal responsibility cannot be evaded by claiming lack of control over the files … of other executive branch agencies"). Thus, a defendant's due process right to a fair trial is violated when any Government actor or agent withholds material evidence favorable to the defendant, irrespective of any knowledge on behalf of the prosecuting attorney. *See United States v. Beasley*, 575 F.2d 626, 632 (5th Cir. 1978) "The duty of disclosure affects not only the prosecutor, but the Government as a whole, including its investigative agencies".

[4] Thus, a defendant's due process right to a fair trial is violated when any Government actor or agent withholds material evidence favorable to the defendant, irrespective of any knowledge on behalf of the prosecuting attorney. *See United States v. Beasley*, 575 F.2d 626, 632 (5th Cir. 1978) ("The duty of disclosure affects not only the prosecutor, but the Government as a whole, including its investigative agencies.").

---

Thus, Ms. Lynch, via her subordinate Paul S. Becker, concealed from Plaintiff Stanley, from a U.S. District Court judge, from the Grand Jury and a petit jury, the dispositive, substantive exculpatory evidence imputed to their knowledge that Mr. Koskinen's associates systematically falsify IRS records concerning Stanley and all "non-filers", which evidence proves beyond cavil that Congress never imposed any duty upon Plaintiff Stanley to file income tax returns.

That is, since 1.) "The acts of federal agents ... are limited and controlled by the Constitution of the United States," which "has not empowered Congress to authorize anyone to violate criminal laws," *Olmstead v. United States*, 277 U.S. 438, 482, and since 2.) IRS, as a matter of policy and fact feloniously falsifies its records to attack "non-filers", Congress obviously imposed no duty upon Americans which requires surreptitious commission by IRS of crimes to enforce.

The facts of the criminal record falsification scheme operated by IRS, which Plaintiff Stanley learned of only post-conviction, support an overwhelming inference that filing returns is not required by law, conforming to the words of IRS Deputy Chief Counsel, that swearing out a 1040 is a voluntary "attestation of liability." (See Exh. B, Doc. 12.)

Plaintiffs' further contend, by way of the two <u>Declarations</u> by Forensic Accountant Robert A. McNeil, filed contemporaneously with this <u>Memorandum</u> as Exhibits A & B, and incorporated fully herein by reference, that the IRS used falsified IMF records to justify fraudulent liens against each Plaintiffs' property. (SIF 39)

Hence, Plaintiffs cannot attempt to evade or defeat a tax, or to corruptly interfere with the assessment or collection of a tax which Congress never imposed upon them or any American. Restated: The institutionalized commission of crimes by IRS employees under Mr. Koskinen's supervision, and Ms. Lynch's concealment of those criminal acts, PROVES the "income tax" was not imposed by Congress upon Plaintiffs, or upon any American. They could not evade or

interfere with the assessment of the income tax, since Americans have no duty to file or pay, as

proven by the incontrovertible existence of IRS' record falsification program.

Hence, Plaintiff Stanley and all Americans convicted during the past four years Defendant Lynch

has been made aware of the existence of the underlying IRS record falsification program over

which Defendant Koskinen presides, have been victims of fraud, perpetrated under the ultimate

oversight of Defendant Obama.

### Verification/Declaration

Comes now each Plaintiff, declaring under penalty of perjury, pursuant to 28 USC §1746, that
"The facts stated in the foregoing **Memorandum of Law in Support of Original Complaint**
are absolutely true and correct to the very best of my knowledge and belief, SO HELP ME
GOD."

FOR /s/Harold R. Stanley                       Dated: _1 - 3 - 17_

/s/Michael B. Ellis                            Dated: _____


/s/Robert A. McNeil                            Dated: _____

interfere with the assessment of the income tax, since Americans have no duty to file or pay, as proven by the incontrovertible existence of IRS' record falsification program.

Hence, Plaintiff Stanley and all Americans convicted during the past four years Defendant Lynch has been made aware of the existence of the underlying IRS record falsification program over which Defendant Koskinen presides, have been victims of fraud, perpetrated under the ultimate oversight of Defendant Obama.

### Verification/Declaration

Comes now each Plaintiff, declaring under penalty of perjury, pursuant to 28 USC §1746, that "The facts stated in the foregoing **Memorandum of Law in Support of Original Complaint** are absolutely true and correct to the very best of my knowledge and belief, SO HELP ME GOD."


/s/Harold R. Stanley                                    Dated: _____

/s/Michael B. Ellis                                     Dated: Jan. 2, 2017

/s/Robert A. McNeil                                     Dated: _____

interfere with the assessment of the income tax, since Americans have no duty to file or pay, as proven by the incontrovertible existence of IRS' record falsification program.

Hence, Plaintiff Stanley and all Americans convicted during the past four years Defendant Lynch has been made aware of the existence of the underlying IRS record falsification program over which Defendant Koskinen presides, have been victims of fraud, perpetrated under the ultimate oversight of Defendant Obama.

### Verification/Declaration

Comes now each Plaintiff, declaring under penalty of perjury, pursuant to 28 USC §1746, that "The facts stated in the foregoing **Memorandum of Law in Support of Original Complaint** are absolutely true and correct to the very best of my knowledge and belief, SO HELP ME GOD."

_____        Dated: _____

/s/Harold R. Stanley


_____        Dated: _____

/s/Michael B. Ellis

R.A. McNeil                             Dated: _1/3/17_____

/s/Robert A. McNeil

# *Stanley, et al.,*
# *v.*
# *Lynch, et al.*

# Statement of Incontrovertible Facts
# in Support of
# Original Complaint

## In the District Court of the United States
## For the District of Columbia

| | | |
|---|---|---|
| Stanley, et al.,<br>    Plaintiffs | §<br>§<br>§ | |
| v. | §<br>§ | **Dist. Cause 17-** _____ |
| Lynch, et al.,<br>    Personal Capacity Defendants | §<br>§<br>§ | |

## STATEMENT OF INCONTROVERTIBLE FACTS
## in SUPPORT of
## ORIGINAL COMPLAINT
## in *STANLEY, et al., V. LYNCH, et al.*

Plaintiffs contend there is no genuine issue concerning the following material facts:

1. IRS repeatedly confirms that its authority to perform substitutes for returns ("SFRs") under 6020(b) is limited to excise, employment and partnership matters. See Govt. Publication Internal Revenue Manual, link here: http://www.irs.gov/irm/part5/irm_05-001-011r-cont01.html, Section 5.1.11.6.7: "IRC 6020(b) Authority".

2. IRS confirms <u>why</u> that 6020(b) authority is limited to excise, employment and partnership matters: "because of constitutional issues".  See Exh. B, Declaration and Forensic Analysis of Evidence by Robert A. McNeil on behalf of Harold R. Stanley, Doc 11, Pg. 2, Revenue Officer's Handbook, Pg. 23-3.

3. IRS labels as "non-filers" those who don't voluntarily surrender their rights and property to the Government.  See  Govt.  Publication,  Internal  Revenue  Manual,  link  here: https://www.irs.gov/irm/part4/irm_04-019-017r.html, Section 4.19.17.1.

4. Appellant is one of the undetermined number of Americans who have been affected by IRS' institutionalized record falsification program. See Exh. A, Robert A. McNeil's "Declaration with Evidence of IRS' Institutionalized Record Falsification Program", and Docs.1-11 attached.

5.  IRS' Individual Master File (IMF) software is the "authoritative data source" controlling the interactions of IRS with Americans.[1] See Govt. Publ., Privacy Impact Assessment, Customer Account Data Engine 2, CADE 2, Date of Submission: November 6, 2015 PIA ID Number: 1472, link here: https://www.irs.gov/pub/irs-pia/cade-pia.pdf

6.  The IMF software provides for any given American and any given tax year, an annual "module" wherein IRS employees enter all relevant calendar and numerical data regarding information returns, tax returns, payments, deficiencies, assessments, interest due, penalties due, etc.  See for several examples, Exh. A, McNeil Decl., Docs 1-11 attached.

7.  The IMF software does not typically allow direct entry of data, but instead routinely allows "transactions" consisting of three digit numeric combinations.  See Govt. Publ., Privacy Impact Assessment re: Individual Master File, link here: http://www.irs.gov/pub/irs-pia/imf_pia.pdf, and See Exh. A, McNeil Decl., Docs 1-11 attached, for multiple confirming physical examples.

8.  The three digit IMF "transaction codes" are defined and described in Govt. Publications "Document 6209", link here: https://www.irs.gov/uac/document-6209-adp-and-idrs-information, and in the Internal Revenue Manual, (IRM), as related to the Audit Information Management System, (or AIMS), link here: https://www.irs.gov/irm/part4/irm_04-004-001.html#d0e645.

9.  The Commissioner of IRS has over 100 years of experience enforcing the income tax.

10. Restrictions built into the IMF software require that as a necessary predicate to entering alleged "deficiency" amounts supposedly owed by a so-called "non-filer", the software must *first* reflect that either a return has been received from the person, or that one has been executed by IRS on behalf of a person at her/his election.   [See Exh. A, McNeil Decl., ten (10) IMF examples appended thereto, demonstrating the <u>invariable</u> routine of IRS when dealing with "non-filers" to create the appearance in IMF modules concerning "non-filers" that IRS supposedly prepared substitute income tax returns on claimed dates, when no such thing occurred.]

11. Specifically, the Commissioner initiates his enforcement of the income tax law against "non-filers" by causing his Examinations Division to enter a certain "transaction" into the database created for Examinations use during audits, known to IRS as the "Audit Information Management System" (AIMS).[2]   See Govt. Publ., Examining Process, Chapter 4 AIMS

---

[1]   "The IRS Individual Master File (IMF) is currently the IRS authoritative data source (ADS) for individual tax account data. This means that IMF is the system that other IRS systems currently rely on for individual tax account data necessary for tax administration."

[2]   "AIMS is a computer database system used by Appeals, Examination (LB&I/SBSE/W&I), and TE/GE to control returns, input assessment/adjustments to Master File and provide management reports. While the return is charged to Examination, the AIMS database tracks its location, age, and status."

Procedures, Section 4.4.1-1., link here: https://www.irs.gov/irm/part4/irm_04-004-001.html#d0e645

12. The AIMS database is closely related to the IMF; users can't differentiate between AIMS and IMF. Op cit.[3]

13. The AIMS software created for the Examination's Division of IRS does not have the same computer (validation) checks as does the IMF software.[4] See Gov. Publication, IRM, Examining Process, Chapter 4., Section 4.4.1-1, AIMS Procedures, "AIMS Reference Guide, definition of "Non-Master File (NMF)", link here: https://www.irs.gov/irm/part4/irm_04-004-001.html#d0e10

14. When dealing with so-called "non-filers", IRS executes two almost simultaneous transactions known to IRS as a "TC 424" "which contains the Push Code "036"".[5] See Govt. Publication, IRM, Examining Process, Ch. 4, Section 4.4.1-1, AIMS Reference Guide, definition of "Return Received Date", link here: https://www.irs.gov/irm/part4/irm_04-004-001.html#d0e10.

15. Upon entry of a Transaction Code (TC) 424 containing a "Push Code 036", the IMF software automatically inserts the date that entry was made, juxtaposed beside the phrase "RET-RCVD-DT", (the pretended "Return Received Date"). Op cit., and See Exh. A, McNeil Decl., Docs 1-11 for multiple physical examples.

16. IRS defines a TC "424" IMF transaction as "an Examination Request Indicator" and as a "Return Referred to Examination or Appeals Divisions". See Govt. Publication, Document 6209, Version 2016, Section 8-A, Master File Codes, link here: https://www.irs.gov/pub/irs-utl/6209-section8a-2016.pdf.

17. IRS defines the mere entry of the three digit "Push Code 036" as a "substitute for return". See Government Publication, "Processing Codes and Information Manual", (a.k.a., the "6209 Manual"), Version 2010, Sec. 13-49, Pg. 538.

---

[3]   "The AIMS database has been consolidated into one Individual Master File (IMF) database, one Business Master File (BMF), one AIMS Non-Master File (NMF) database and one Employee Plans Master File (EPMF) database. It appears to the user that there is only one database." IRM 4.4.1.2.
[4]   "A non-master file account established on AIMS is not subject to many of the same computer checks to which a master file account is subjected". AIMS Refer. Guide: 4.4.1-1.
[5]   **"Return Received Date (RET-RCVD-DT)** - For timely filed returns it is the due date of the return. Example: Form 1040 due April 15 will be displayed as April 15 of the appropriate year even if the return was filed before the due date. For late filed returns it is the received date stamped on the return. **For SFR cases (Push Code 036), it is the date of the TC 424 that contained the Push Code 036**. (P1-L16/SSIVL)." [Emph. added]

18. IRS explains what happens if an AIMS-initiated TC 424 requisition to IMF for matching account data does not contain a Push Code 036: "If a push code is not used on a requisition (begun in AIMS) to open a full AIMS account for an unfiled return, the requisition will reject. By using a push code, the computer (IMF software) will not reject the account requisition" (initiated in AIMS). See Govt. Publ., Examining Process, Chapter 4 AIMS Procedures, Section 4.4.1-1, Definition of "Push Code", link here: https://www.irs.gov/irm/part4/irm_04-004-001.html#d0e645.

19. IRS explains its use of a Push Code 036 when initiated simultaneously with a 424 request initiated in AIMS: "Using a Push Code 036 will automatically generate a TC 150 and a TC 420 on Master File". See Govt. Publ. IRS Processing Codes and Information, Formerly Titled ADP and IDRS Information, 6209 Manual, 2010 version, Section 13-17, Pg. 506, "EP AIMS Push Codes"[6]

20. IRS defines a "TC 150" in two ways: as either "A tax liability assessed from the original return establishes a tax module", or "When posted to the entity transaction section, [it] indicates the master file entity was created from the posting of a return." See Govt. Publ. "6209 Manual", Section 8A, Master File Codes, link here: https://www.irs.gov/pub/irs-utl/6209-section8a-2016.pdf. By either definition, a physical return is inferred.

21. IRS defines a "TC 420" as an "Examination Indicator", and "Computer generated at SC when opening record is posted.... Indicates that a ***return has been referred*** to the Examination or Appeals Division." See Govt. Publ., "6209 Manual", Section 8A, Master File Codes, link here: https://www.irs.gov/pub/irs-utl/6209-section8a-2016.pdf. [Emph. added.]

22. A TC "420" appearing in an IMF is not an actual transaction, but instead merely an indicator sent from AIMS automatically back to IMF to confirm the opening in AIMS of a fully open "matching account", resulting from the 424/036 transaction.[7] See Govt. Publ., IRM, Examining Process, Chapter 4, AIMS Procedures, Section 4.4.1.2, "Description of AIMS", link here: https://www.irs.gov/irm/part4/irm_04-004-001.html#d0e645.

23. Almost without exception, eleven (11) days after the "420" appears in an IMF, the phrase "SFR 150" will automatically appear in the IMF of a targeted "non-filer". In IRS argot, "SFR 150"

---

[6] "When a request is made through AIMS to post a transaction code TC 424 to the Master File (IMF), if the Master File does not reflect the posting of the return (TC 150), entering a Push Code... will post the TC 424 and 3-digit Push Code on AIMS and the MF ... NOTE: using a Push Code 036 will automatically generate a TC 150 and TC 420 on Master File."

[7] "**Skeletal Accounts (F1 Records)** - AIMS creates a skeletal record when IDRS CC AM424 is input, showing the requisition and limited taxpayer information. Once the request goes to Master File and is matched, Master File sends an opening record to AIMS and the account becomes fully established. Once fully established, AIMS sends a TC 420 back to Master File."

means "substitute for return", which IRS pretends was prepared on the date which automatically accompanies insertion of the phrase "SFR 150".[8]

24. The IMF software automatically assigns a fourteen-digit document locator number to every transaction or document entered into an IMF module.[9] See Govt. Publ., "6209 Manual", Section 4, https://www.irs.gov/pub/irs-utl/6209-section4-2016.pdf.

25. When IRS enters a combination 424/036 transaction to cause the phrase "SFR 150" (meaning substitute for return) to enter an IMF module related to a "non-filer", the DLN invariably contains the digits "10" in the fourth and fifth places. See Exh. A, McNeil Decl., Docs 1-11.

26. IRS defines the number "10" appearing in the fourth and fifth positions in a DLN as describing a transaction involving a "1040A". See Gov. Publ., "6209 Manual", Section 2-5, https://www.irs.gov/pub/irs-utl/6209-section2-2016.pdf

27. In response to a FOIA request by Plaintiff McNeil seeking the paper documents associated with the phrase "SFR 150" for the years 2002-2009 in IMF records IRS maintains concerning him, on Sept. 17, 2013, FOIA Disclosure Officer Klaudia Villegas conceded: "The DLN requested was generated by our Automated Substitute For Return program. The DLN requested was computer generated and there is no paper document associated with it." See Exh. B, McNeil Decl. on behalf of Mr. Stanley, Doc 9, Pg. 2.

28. No return exists, (1040A or otherwise), to refer to Examinations when IRS executes 424/036 transactions in the AIMS database concerning a "non-filer".

29. On the same day IRS executes a 424/Push Code 036 transaction to insert the phrase SFR 150 into the targeted annual IMF of a "non-filer", IRS instructs its employees to perform a "425" transaction. See Exh. A, McNeil Decl., Docs 1-11, comparing the date of the 425 transaction to the date shown as the "RET-RCVD-DT", (return received date), which invariably matches the date the 424/036 transaction occurred.

---

[8] **"Substitute for Return (SFR)** - A procedure by which Examination is able to establish an account by posting a computer generated TC 150 when the taxpayer refuses or is unable to file. See IRM 4.4.9.6.2.2 (6.). "If the input passes the AIMS and MF checks, TC 424s with Push Code 036 input before COB on Thursday, will generate a TC 150 over the weekend. For IMF, there will be a TC 150 with a DLN of XX210-888-000-XX-X.

[9] "DLN Composition (1) The document locator number (DLN) is a controlled number assigned to every return or document input through the ADP system. (2) The DLN is used to control, identify, and locate documents processed in the ADP system."

30. IRS defines a "425" transaction as a "424 which was reversed". See Govt. Publ., 6209 Manual, Section 8A, Master File Codes, link here: https://www.irs.gov/pub/irs-utl/6209-section8a-2016.pdf.

31. By entering into IMF the 425 transaction, IRS removes the 424/036 transaction from sight in the Individual Master File screen print for the module in question.  However, evidence of the 424/036 transaction still appears in TXMODA screen prints of that module. See Exh. B, McNeil Decl., Doc 10, Pg. 2, "TXMODA" screen print concerning Plaintiff Stanley and 2006, and compare with Exh. A, McNeil Decl., Doc 1, Pg. 2, Stanley IMF for 2006.

IRS sends to targeted "non-filers" collections of documents labeled "SFR packages."  The packages contain Income Tax Examination Changes Forms 4549, or similar, on which Examinations staff tabulates so-called "deficiency" amounts supposedly "owed" by "non-filers". See Exh. B, Doc 2, IRS mailing to Plaintiff concerning 2006.

32. There is no IMF Transaction Code allowing the entry into an IMF tax module of data tabulated on Income Tax Examination Changes Forms 4549, as if that form were a "return".  See Govt. Publ. "6209 Manual", All, link here: https://www.irs.gov/pub/irs-utl/6209-section8a-2016.pdf.

33. IRS enters the data tabulated on Forms 4549 into the IMF using a transaction code numbered and known to IRS as a "TC 300". See Exh. B, McNeil Decl., Doc 2, Pg. 2, Form 4549 concerning "deficiency" amount supposedly owed by Stanley concerning 2006, and see that deficiency entered as a "300" transaction in the 2006 IMF transcript concerning Plaintiff Stanley, (Exh. B, McNeil Decl., Doc 1, Pg. 2).

34. IRS defines a TC 300 as "Assesses additional tax as a result of an Examination or Collection Adjustment to a tax module which (already) contains a TC 150 transaction".  See Govt. Publ. "6209 Manual", Section 8A-14, link here: https://www.irs.gov/pub/irs-utl/6209-section8a-2016.pdf.

35. IRS falsifies the IMF records of "non-filers" to reflect that IRS supposedly executed a "substitute for return." ("SFR 150")  The execution of a return is a necessary prerequisite to entering deficiency/assessment data as "300" transactions, though no SFR is ever executed by anyone on any date.   See Exh. A, McNeil Decl., Docs. 1-11 to see multiple examples of IRS' routine/practice.

36. On July 29th, 1998, the Assistant Chief Counsel of Income Tax and Accounting, gave "Significant Service Center Advice" via Memorandum to IRS District Counsel Houston, (Christina Moss): "In no event shall this document be disclosed to taxpayers or their representatives". See Exh. B, McNeil Decl., Doc 12, Pg. 1.

37. Therein, Counsel further stated: "Accordingly, the penalties of perjury statement has important significance in our tax system. The voluntary statement connects the **taxpayer's attestation of tax liability** (by the signing of the statement) with the Service's statutory ability to summarily assess the tax." **(Emph. added)** See Exh. B, McNeil Decl., Doc 12, Pg. 3.

38. IRS creates Forms 4340, RACS 006, "Account Transcripts" and similar sanitized reports, with all incriminating transactions redacted, to provide the Department of Justice false evidence that IRS supposedly performed substitute income tax returns on the dates when IRS merely executes 424/036 and 425 transactions between its databases, even though no return exists. See Exh. B, McNeil Decl., Doc 5, a Form 4340 "Self-Authenticating" Certificate which reflects IRS performance of a substitute for return concerning Plaintiff Stanley on the date when the 424/036 transaction occurred in AIMS, July 28th, 2008, and carefully leaves unmentioned the August 25th, 2008 date the Form 4549 Income Tax Examination was performed. See Exh. B, Doc 2. However, the Nov. 24, 2008 date the TC 300 transaction was entered into the IMF (whereby IRS entered the so-called deficiency amounts shown on the Form 4549), is falsely shown in the Certificate as the date an "assessment" was performed. NO assessment was performed on that date.

39. IRS uses the fruit of the program, which systematically and invariably falsifies federal records, to justify liens, seizures, forfeitures and criminal prosecutions. See Exh. B, McNeil Decl., linking IRS falsified IMF records for 2006 to IRS lien of Stanley's property.

Defendant Lynch is fully aware of the IRS program, and suggests to her subordinate prosecutors that they avoid providing the exculpatory evidence of the falsified IMF transcripts to defendants in criminal trials, thus preventing cross examination of government experts concerning IRS Examinations function staff members' authority to perform SFRs in income tax matters, which the Commissioner claims does not exist. See Govt. Publ. DoJ Criminal Tax Manual, Section, 40.03[9][c]:
https://www.justice.gov/sites/default/files/tax/legacy/2012/12/05/CTM%20Chapter%2040.pdf

40. Defendant Lynch does NOT instruct her deputies/prosecutors to provide the substantive exculpatory evidence of the IRS record falsification program to defendants, juries or judges, (See DoJ Criminal Tax Manual, All), and her associate prosecutors, such as Paul S. Becker in the Western District of Missouri, and David L. Jarvis in the Northern District of Texas, do NOT present that evidence to grand juries, which would never indict "non-filers" if they knew what Plaintiffs know.

41. Defendant Lynch knowingly uses the fruit of IRS' record falsification program to supply proof of the deficiency and duty components of the willfulness element under IRC §§7201 and 7203, to justify "willful failure to file" prosecutions, which proof IRS created by fraud to justify

prosecuting and incarcerating Plaintiff Stanley.

42. Without the underlying, falsified IRS records, reflecting existence of SFRs which were never prepared, the Department of Justice could not have prosecuted, convicted and incarcerated Plaintiff Stanley.

### Verification/Declaration

Comes now each Plaintiff, Stanley, Ellis and McNeil, declaring under penalty of perjury, "Pursuant to 28 USC §1746, that the facts stated in the foregoing **Statement of Incontrovertible Facts in Support of Original Complaint** are absolutely true and correct to the very best of my knowledge and belief, SO HELP ME GOD."

*Ellen Lorane Stan*

FOR /s/Harold R. Stanley

*Ellen Lorane Stanley*

Dated:  1-3-17

_____
/s/Michael Ellis

Dated: _____


_____
/s/Robert A. McNeil

Dated: _____

prosecuting and incarcerating Plaintiff Stanley.

42. Without the underlying, falsified IRS records, reflecting existence of SFRs which were never prepared, the Department of Justice could not have prosecuted, convicted and incarcerated Plaintiff Stanley.

### Verification/Declaration

Comes now each Plaintiff, Stanley, Ellis and McNeil, declaring under penalty of perjury, "Pursuant to 28 USC §1746, that the facts stated in the foregoing **Statement of Incontrovertible Facts in Support of Original Complaint** are absolutely true and correct to the very best of my knowledge and belief, SO HELP ME GOD."


_____

/s/Harold R. Stanley

Dated: _____

_____

/s/Michael Ellis

Dated: _____Jan. 2, 2017_____

_____

/s/Robert A. McNeil

Dated: _____

prosecuting and incarcerating Plaintiff Stanley.

42. Without the underlying, falsified IRS records, reflecting existence of SFRs which were never prepared, the Department of Justice could not have prosecuted, convicted and incarcerated Plaintiff Stanley.

### Verification/Declaration

Comes now each Plaintiff, Stanley, Ellis and McNeil, declaring under penalty of perjury, "Pursuant to 28 USC §1746, that the facts stated in the foregoing **Statement of Incontrovertible Facts in Support of Original Complaint** are absolutely true and correct to the very best of my knowledge and belief, SO HELP ME GOD."

_____        Dated: _____
/s/Harold R. Stanley


_____        Dated: _____
/s/Michael Ellis

_____        Dated: _1/3/17_
/s/Robert A. McNeil